

**Rule 16 conference today**
Jill Clark   to: boylan_chambers                                        09/12/2012 08:51 AM
Cc: "Tracey N. Fussy"

History:          This message has been replied to.

Your Honor, thank you for moving this conference date to today fro
August.
  Unfortunately, I am out of town and did not expect to be away so long.
My firm does not have another lawyer to cover for me and I will not be
able to locate a substitute on such short notice.
Plaintiffs are willing to have the Court enter a scheduling order
based on the 26f report (with the caveat that Plaintiffs are asking
the Court to order defendants to an early settlement conference) if
that is acceptable to the Court.

Thank you for your consideration.

Plaintiffs do intend to end the complaint, and we are fine having the
Court set a deadline for that.


Sent from my iPhone