# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

Yzaguirre, et al.,

        Plaintiff,

v.

City of Minneapolis, et al.,

        Defendant.

**COURT MINUTES**
Case Number:  cv 12-130 JRT/AJB

| | |
|---|---|
| Date: | 9/18/12 |
| Courthouse: | Minneapolis |
| Chambers: | 9E |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:25 a.m. |
| Time in Court: | 25 Minutes |

Pretrial Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at Minneapolis, Minnesota.  Scheduling order to be issued.

Counsel for Plaintiff did not appear.

                                                                <u>  s/ Kathy Thobe          </u>
                                                                  Judicial Assistant