UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terry Yzaguirre, et al.,                                                              Civil No. 12-130 JRT/AJB

           Plaintiffs,

v.                                                                                                 **PRETRIAL SCHEDULING ORDER**

City of Minneapolis, et al.,

           Defendants.

      Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

<u>Discovery Plan</u>

1. Fact discovery shall be commenced in time to be completed by April 1, 2013.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 1, 2012.

3. Plaintiff shall disclose the identity of expert witnesses, required under Rule 26(a)(2)(A) on or before March 1, 2013. Plaintiff shall make the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, on or before April 1, 2013.

4. Defendant shall disclose the identity of expert witnesses, required under Rule 26(a)(2)(A) on or before April 1, 2013. Defendant shall make the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, on or before May 1, 2013.

5. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by either side.

6. No more than 10 depositions, excluding expert witness depositions, shall be taken by each side. Each side shall take no more than 1 expert deposition. Expert discovery, including depositions, shall be completed by June 1, 2013.

<u>Non-Dispositive Motions</u>

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 612-664-5470.)

1. All motions which seek to amend the pleadings or add parties must be served by November 1, 2012.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 1, 2013.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge.  All non-dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1, 37.1, and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be fully briefed and filed by the moving party by August 1, 2013.   All dispositive motions must comply with Local Rule 7.1(c). Responses to dispositive motions shall be filed with the Court and served on or before 21 days after the service of the supporting memorandum to the original motion. Replies to responsive briefs shall be filed and served 14 days after the service of the response to the dispositive motion. Upon the motion being fully briefed and filed, counsel for the moving party shall email Judge Tunheim's chambers at Tunheim_Chambers@mnd.uscourts.gov to request a hearing date. Upon receiving from Judge Tunheim's calendar clerk a hearing date, time and location, the moving party shall file the amended notice of hearing at that time.

Trial

This case shall be ready for a **Jury** trial on November 1, 2013, or upon resolution of any pending dispositive motions.   Each side may call no more than 1 expert witness. Anticipated length of trial is 3 days.

Dated:  \_\_\_\_September 18, 2012\_\_\_\_

                        \_\_\_s/Arthur J. Boylan_____
                        Arthur J. Boylan
                        United States Chief Magistrate Judge