

**Yzaguirre (think 12 130)**
Jill Clark   to: boylan_chambers
Cc:  "Tracey N. Fussy"

09/18/2012 08:35 AM

Your Honor, even when mt law firm duly records dates from federal judge and federal magistrate orders, they are being moved on the calendar or deleted.
Last week I emailed indicating urgent matters had drawn me out of town, and received an email from your staff that the Rule 16 was on the Cory calendar for today.

I was not able to plan for that and I  still out of town. Plaintiff are fine with the court entering a scheduling order based on the 26f, but the request an early mandatory settlement conference with hhe court.


Sent from my iPhone



SCANNED
SEP 18 2012
U.S. DISTRICT COURT MPLS